1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
3  Las Vegas, NV 89117
   (702) 872-5555
4  (702) 872-5545
   jburden@backuslaw.com
5
   Attorneys for Defendant,
6  *Albertson's LLC*

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

10 JESSICA ANN BARAJAS,                 )   Case No. 2:13-cv-02245-GMN-NJK
                                        )
11               Plaintiffs,            )
                                        )   **STIPULATION AND ORDER**
12 vs.                                  )   **RE DISMISSAL**
                                        )   **WITH PREJUDICE**
13 ALBERTSON'S LLC; does 1-20, roe     )
   corporations 1-20; inclusive,        )
14                                      )
                 Defendants.            )
15 _____ )

16      COMES NOW Plaintiff JESSICA ANN BARAJAS by and through her attorney of record

17 Jonathan R. Hicks, Esq. of the Richard Harris Law Firm, and Defendant ALBERTSON'S LLC by

18 and through its attorney of record Jack P. Burden, Esq. of Backus Carranza & Burden, hereby

19 stipulate to dismiss all claims that have been brought and/or could have been brought in the above

20 entitled litigation *with* prejudice.

21      This dismissal *does* completely resolve this entire matter.

22      Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

23 attorneys' fees and costs.

24 / / /

25 / / /

                                    1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: December 12, 2014

**BACKUS, CARRANZA & BURDEN**

_____
JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
Tel: 702.872.5555
Fax: 702.872.5545
jburden@backuslaw.com
*Attorney for Defendant*
*Albertson's LLC*

DATED: December 11, 2014

**RICHARD HARRIS LAW FIRM**

_____
JONATHAN R. HICKS, ESQ.
801 South Fourth Street
Las Vegas, NV 89101
Tel: 702.444-4444
Fax: 702. 444-4455
jonathan@richardharrislaw.com
*Attorney for Plaintiff*
*Jessica Ann Barajas*

**ORDER**

**IT IS SO ORDERED** this 12th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED this 12 day of December, 2014.

Respectfully Submitted,

**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*
*Lancaster Colony Corporation*